AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| _Louis Rousset Prose_ | ) | |
| Plaintiff(s) | ) ) ) | |
| v. | ) ) | Civil Action No. A14CV0843LY |
| _AT&T INC,_ | ) ) ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> AT&T INC,
> 208 South Akard Street
> Dallas Texas 75202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Louis Rousset
> 11802 Hornsby St
> Austin TX 78753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
*CLERK OF COURT*

Date: OCT 16 2014 _____    _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| *Louis Rousset ProSe* | ) ) ) ) |
| Plaintiff(s) | ) |
| v. | ) ) ) ) |
| *Marissa Mayer* | ) ) |
| Defendant(s) | ) |

Civil Action No. *A14CV0843LY*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Marissa Mayer CEO*
*701 First Ave*
*Sunnyvale CA 94089*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Louis Rousset*
*11802 Hornsby St*
*Austin TX 78753*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM G. PUTNICKI**
*CLERK OF COURT*

Date: ___OCT 1 6 2014___       _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| _Louis Rousset Pro Se_<br>Plaintiff(s)<br><br>v.<br><br>_Yahoo INC,_<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. _A14CV0843LY_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

_Yahoo INC,_
_701 First Ave_
_Sunnyvale CA 94089_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Louis Rousset_
_11802 Hornsby St_
_Austin TX 78753_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
*CLERK OF COURT*

Date: __OCT 16 2014__

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

|  |  |
|---|---|
| _Louis Rousset Prose_ <br> Plaintiff(s) <br><br> v. <br><br> _Randall L. Stephenson_ <br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. A14CV0843LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Randall L. Stephenson, Chairman CEO
208 South Akard Street
Dallas Texas 75202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louis Rousset
11802 Hornsby St
Austin TX 78753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM G. PUTNICKI**

*CLERK OF COURT*

Date: OCT 16 2014 _____          _____
                                                              *Signature of Clerk or Deputy Clerk*