# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LOUIS ROUSSET<br><br>*Pro Se Plaintiff*,<br><br>v.<br><br>YAHOO INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:14-cv-00843-LY<br><br>Hon. Lee Yeakel |

## YAHOO INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yahoo Inc. is a Delaware corporation with its principal place of business in the state of California and states that: (i) it does not have any parent corporations; and (ii) no publicly held corporation owns more than 10% of its stock.

Dated: November 12, 2014

By: /s/ W. Reid Wittliff
W. Reid Wittliff (Texas Bar No. 00791951)
Wittliff | Cutter PLLC
1803 West Avenue
Austin, Texas 78701
Tel (512) 874-6102
reid@wittliffcutter.com

/s/ Robert F. Huff
Robert F. Huff (Illinois Bar No. 6225211)
*Pro Hac Vice Application Pending*
ZwillGen PLLC
300 N. LaSalle St., 49th Floor
Chicago, IL 60654
Tel (312) 685-2278
Fax (202) 706-5298
bart@zwillgen.com

*Counsel for Defendant Yahoo Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 12th day of November 2014. This document and accompanying papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 12, 2014.

By: /s/ W. Reid Wittliff
W. Reid Wittliff