AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
2014 DEC -4 PM 12: 20
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ KW _____
            DEPUTY

# UNITED STATES DISTRICT COURT
for the

Louis Rousset Prose
*Plaintiff(s)*

v.

Civil Action No. A14CV0843 LY

Marissa Mayer
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Marissa Mayer CEO
701 First Ave
Sunnyvale CA 94089

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louis Rousset
1180 L Hovnsby ST
Austin TX 78753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
*CLERK OF COURT*

Date: OCT 1 6 2014

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ms. Marrisa Mayor CEO Yahoo
was received by me on *(date)* 10/22/14 .

☒ I personally served the summons on the individual at *(place)* 701 First Avenue
Sunnyvale California 94089 on *(date)* 10/22/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* I sent Summons by Certified Postal Mail Article # 7014 1820 0002 1034 1592

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Louis Rousset
*Printed name and title*

11802 Hornsby ST Austin TX 78753
*Server's address*

Additional information regarding attempted service, etc:

In the United States District Court
For the Western District of Texas

Louis Rousset
    Plaintiff

v.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marissa Mayer
CEO Yahoo Inc
701 First Ave
Sunny Vale CA
94089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name): Stan Perez
C. Date of Delivery: 10-27-14

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 1820 0002 1034 1592

PS Form 3811, July 2013     Domestic Return Receipt