FILED
2014 DEC -4 PM 12: 28
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| LOUIS ROUSSET,<br><br>PLAINTIFF,<br><br>V.<br><br>MS. MARISSA MAYERS<br><br>DEFENDANT | Civil Action No. A14CV0843LY<br><br>JURY |

## REQUEST FOR ENTRY OF DEFAULT JUDGEMENT
## UNDER RULE 55(a)

Comes now LOUIS ROUSSET, the plaintiff in the above–styled action and hereby requests the Clerk to enter a default against the defendant Marissa Mayers CEO Yahoo, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Furthermore, plaintiff contends that this failure to respond by defendant Mayers constitutes bad faith and a reckless disregard for plaintiff's rights in the above styled-action. Defendant should not be allowed to request rule 60(b) under federal rules of civil procedures due to the fact defendants was served in a timely manner through certified post mail on October 22. 2014. Defendant had 44 days to respond, which plaintiff believes was sufficient time to timely asserting her rights.

Respectfully submitted,

_____
Louis Rousset Pro Se Counsel
11802 Hornsby St
Austin Texas 78753
512-833-9360
December 4, 2014
Sent certified postal mail: Article # 7014 2120 0002 1807 2928

Marissa Mayer CEO Yahoo  701 First Ave Sunnyvale CA 94089

1

## CERTIFICATE OF SERVICE

I, Louis Rousset, hereby certify that on December 4, 2014, a true and correct copy of the foregoing **DEFAULT JUDGEMENT RULE 55(a)** was served by U.S. Postal certified mail Ms. Marrissa Mayers CEO Yahoo INC, on record:

Attorney of record Wittliff /Cutter PLLC

1803 West Avenue

Austin Texas 78701

Sent certified postal mail: Article # 7014 2120 0002 1807 2928

Marissa Mayer CEO Yahoo
701 First Ave Sunnyvale CA 94089
(408) 731-3300

Louis Rousset PRO-SE Counsel

*[signature]*