# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Louis Rousset** | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil No. 1:14-cv-843-LY |
| | § | |
| | § | |
| **AT&T, Inc., et al** | § | |
| Defendant | § | |

## CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the civil complaint has been made upon the defendant **Marissa Mayer**, and it further appearing from the Plaintiff's motion and affidavit that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this **4th day of December, 2014**, DEFAULT is hereby entered against **Marissa Mayer**.

WILLIAM G. PUTNICKI, CLERK
U.S. DISTRICT COURT

By: *Katherine Wallace*

Deputy Clerk