IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 DEC -8 AM 9: 33
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| LOUIS ROUSSET, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-14-CV-843-LY |
| | § | |
| AT&T INC.; YAHOO, INC., | § | |
| RANDALL L. STEPHENSON; AND | § | |
| MARISSA MAYER, | § | |
|     DEFENDANTS. | § | |

## ORDER

**IT IS HEREBY ORDERED** that the Motion to Dismiss for Lack of Subject-Matter Jurisdiction or, Alternatively, to Dismiss in Favor of Mandatory Arbitration filed November 12, 2014 (Doc. #3) and Response thereto field December 3, 2014 (Doc. ##15, 16); and Defendant Yahoo Inc.'s Motion to Dismiss filed November 12, 2014 (Doc. #7) and Response thereto filed December 3, 2014 (Doc. ## 13, 14) are **REFERRED** to United States Magistrate Mark Lane for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _5th_ day of December, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE