IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOUIS ROUSSET,<br><br>      Plaintiff,<br><br>vs.<br><br>AT&T INC,<br>AND<br>YAHOO INC,<br><br>      Defendants. | § § § § § § § § § § § § § § Civil Action No. A14CV0843LY |

## AGREED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

COME NOW AT&T Inc. and its Chairman and CEO Randall L. Stephenson, together with Yahoo Inc. (collectively "Defendants") and move this Court to extend their time in which to file a motion to dismiss the amended complaint filed by *pro se* Plaintiff Louis Rousset on December 16, 2014. Defendants have conferred with Plaintiff concerning this motion. Plaintiff is in agreement that it should be granted.

Defendants timely filed their motions to dismiss Plaintiff's initial complaint on November 12, 2014. On December 3 and December 4, 2014, Plaintiff filed papers responding to the Defendants' motions. On December 8, 2014, this Court referred the above-referenced docket entries to Magistrate Judge Lane for a Report and Recommendation. As Magistrate Judge Lane observed in an order made by him on December 9, 2014, Plaintiff's responses "indicate[d] variously that he is amending his prior claims, request[ed] the court to 'disregard' a portion of one claim, and also appear[ed] to assert additional claims against some or all of the defendants."

Doc. 22 at 1. Magistrate Judge Lane Court accordingly directed Plaintiff to "file a written pleading on or before December 22, 2014 stating whether he is seeking to amend or supplement his current complaint." Doc. 22 at 2. Apparently in response to Magistrate Judge Lane's December 9 order, Plaintiff filed an amended complaint on December 16, 2014. Doc 25. This Court then entered an order dismissing, without prejudice, Defendants' motions to dismiss the original complaint. Doc 26. Defendants intend to renew their motions by filing new motions to dismiss Plaintiff's amended complaint, which added numerous new claims and factual allegations. Defendants request additional time to file such motions.

Defendants move for an extension of their time in which to move to dismiss Plaintiff's amended complaint, through and including January 16, 2015.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this motion to extend their time in which to file motions to dismiss Plaintiff's amended complaint be granted.

Dated: December 22, 2014

David Lee Lawson*
District of Columbia Bar No. 434741
dlawson@sidley.com
Kwaku A. Akowuah*
New York Bar No. 4523999
kakowuah@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
*Attorneys for AT&T Inc. and Randall Stephenson*
*Admitted pro hac vice

By: /s/ W. Reid Wittliff
W. Reid Wittliff
Texas Bar No. 00791951
reid@wittliffcutter.com
Wittliff | Cutter PLLC
1803 West Avenue
Austin, TX 78701
Telephone: (512) 874-6102
Facsimilie: (512) 874-7138
*Attorneys for AT&T Inc. and Randall Stephenson*

/s/ Robert F. Huff
Robert F. Huff (Illinois Bar No. 6225211)*
ZwillGen PLLC
300 N LaSalle Street, Suite 4925

2

Chicago, IL 60654
Phone: (312) 685-2278
Fax: (202) 706-5298
Email: bart@zwillgen.com
*Attorneys for Yahoo Inc.*
*\*Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

I, W. Reid Wittliff, hereby certify that on December 22, 2014, I caused true and correct copies of the foregoing **AGREED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** to be served by registered United States mail upon:

Louis Rousset
11802 Hornsby Street
Austin, TX 78753

       /s/ W. Reid Wittliff
            W. Reid Wittliff

## CERTIFICATE OF CONFERENCE

On December 22, Reid Wittliff spoke with Plaintiff by phone concerning this motion. Plaintiff stated that he does not oppose the motion.

                                                  /s/ W. Reid Wittliff
                                                        W. Reid Wittliff