FILED

2014 DEC 23 PM 3: 09

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOUIS ROUSSET,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T INC.,<br>AND<br>YAHOO INC.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. A14CV0843LY<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

On December 22, 2014, defendants AT&T Inc., Randall L. Stephenson, and Yahoo Inc. moved for an unopposed extension of time to file their respective motions to dismiss until and including January 16, 2015. Having considered the parties' submissions, and good cause appearing,

IT IS HEREBY ORDERED that the motion is hereby GRANTED.

SIGNED this 23rd day of December, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE