IN THE UNTIED STTES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 JAN -5 AM 9: 51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| LOUIS ROUSSET, | § | |
|---|---|---|
| PLAINTIFF, | § | NO: A14CV0843LY |
| v. | § | Jury |
| AT&T INC, AND YAHOO INC, | § | |
| DEFENDANTS | § | |

## MOTION FOR TIMELY NOTIFICATION
## BY
## U.S. FEDERAL COURT

COMES NOW LOUIS ROUSSET, the plaintiff in the above-styled and numbered cause of action, PRO-SE plaintiff and hereby moves this Courts to allow a more timely notification of Court orders or any type of Court notification in a timely manner. This honorable Court submitted an order to plaintiff "document 22" filed 12/09/14. The above mentioned order mandated plaintiff to clarify whether plaintiff was filing a "supplement OR "amended complaint". Plaintiff would humbly submit to Court that he never received this document by mail. Attorneys Wittliff/Cutter called plaintiff and sent him a copy and plaintiff only met the deadline through the grace of defendant's attorneys.

Plaintiff would also apologize to Court for not filing prior motions and this motion electronically and plaintiff will try and figure out how to access electronic filing.

Respectfully Submitted

January 5, 2015

Louis Rousset Pro Se Counsel

1