IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAR 24 AM 8:46
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AO

| | |
|---|---|
| LOUIS ROUSSET,<br>PLAINTIFF,<br><br>V.<br><br>AT&T INC.; YAHOO, INC.;<br>RANDALL L. STEPHENSON; AND<br>MARISSA MAYERS,<br>DEFENDANTS. | §<br>§<br>§<br>§ CAUSE NO. A-14-CV-843-LY<br>§<br>§<br>§<br>§<br>§ |

## ORDER

**IT IS HEREBY ORDERED** that all pending and future discovery motions as well as all other nondispositive motions in this case are **REFERRED** to United States Magistrate Judge Mark Lane for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

**IT IS FURTHER ORDERED** that all pending and future dispositive motions are **REFERRED** to United States Magistrate Judge Mark Lane for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this **23rd** day of March, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE