IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOUIS ROUSSET, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| AT&T, INC., YAHOO, INC., | § | A-14-CV-0843-LY-ML |
| MARISSA MAYER, and RANDALL L. | § | |
| STEPHENSON, | § | |
| Defendants, | § | |

**ORDER SETTING BRIEFING SCHEDULE**

On May 5, 2015, Defendants filed an agreed motion to set a schedule for briefing on their motions to dismiss. Having considered the parties' submissions, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The motion is hereby GRANTED.

2. Accordingly, Defendants will file their Motions to Dismiss on or before May 22, 2015; Plaintiff will file his Response to Defendants' Motions to Dismiss on or before June 22, 2015; and Defendants will file their Reply in support of their Motions to Dismiss on or before July 13, 2015.

SIGNED May 7, 2015.

MARK LANE
UNITED STATES MAGISTRATE JUDGE