**FILED**

JAN - 4 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Julie Fielen                  12-31-15 |
| 1. Article Addressed to: 14-cv-843 LY<br><br>Louis Rousset<br>11802 Hornsby St.<br>Austin, TX 78753<br><br>DEC 2 8 2015   R&R#73 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7013 1710 0001 9920 7501 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |